UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INNA BORISOVNA BABIICHUK,

              Plaintiff,

- against -

UR M. JADDOU, ET AL.,

              Defendants.

---

22-cv-3251 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 11, 2022, is canceled. The plaintiff is reminded that the plaintiff must serve the defendants with the summons and the complaint within 90 days after the plaintiff filed the complaint. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
          July 5, 2022

                                             John G. Koeltl
                                      United States District Judge